

# NUMBER 13-22-00342-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KRISTIN TUREK

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

On July 22, 2022, relator Kristin Turek[1] filed a petition for writ of mandamus through which she asserts that the trial court erred by issuing a temporary order that had the effect of changing the designation of the person who has the exclusive right to designate the primary residence of a child and that had the effect of changing the

---

[1] The appendix to the petition for writ of mandamus contains documents that alternatively identify Kristin Turek as "Kristen" Turek.

geographic area within which a conservator must maintain the child's primary residence. *See* Tex. Fam. Code Ann. 156.006(b). The Court requests that the real party in interest, Kyndell Brandt, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* Tex. R. App. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
25th day of July, 2022.